**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, KIMBERLY BLOCK**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BLOCK,<br><br>    Plaintiff,<br>v.<br><br>QUICK SHOP MARKET INC., a California corporation, dba QUICK SHOP MARKET,<br><br>    Defendants. | Case No. 2:09-CV-00465-LKK-DAD<br><br>STIPULATION FOR ENTRY OF JUDGMENT UPON DEFAULT IN PAYMENTS UNDER SETTLEMENT AGREEMENT |

Defendant QUICK SHOP MARKET, INC., by and through its attorney of record PAIGE HIBBERT and Plaintiff KIMBERLY BLOCK, by and through her attorney of record, JASON K. SINGLETON hereby provide this stipulation for entry of judgment upon default in payments under settlement agreement.

Pursuant to a separate settlement agreement, the parties have agreed to a compromise settlement in the amount of $9,500.00 payable as follows:

  a.  Total Settlement $9,500.00
  b.  $4,000.00 upon execution of Settlement Agreement
  c.  $1,000.00/month (5 months = $5,000.00)
  d.  $500 final payment

| Due Date | Amount | ($9,500.00) | Balance Due |
|---|---|---|---|
| W/ Settlement Agreement | $4,000.00 | | 5,500.00 |
| 12/15/09 | $1000.00 | | 4,500.00 |
| 1/15/10 | $1000.00 | | 3,500.00 |
| 2/15/10 | $1000.00 | | 2,500.00 |
| 3/15/10 | $1000.00 | | 1,500.00 |

PDF created with pdfFactory trial version www.pdffactory.com

| 4/15/10 | $1000.00 | | 500.00 |
| 5/15/10 | $500.00 | PAID IN FULL | $0 |

Should Defendant fail to make a timely payment as scheduled Plaintiff may immediately file for a judicial judgment and seek payment of the remaining amount due, plus $600.00, plus any attorneys fees incurred in the filing.

Defendant and Plaintiff further stipulate that the Court will maintain jurisdiction over this matter until all of the terms of the separate settlement agreement are met.

Plaintiff agrees to provide only the notice specified in the settlement agreement regarding any claim that a payment has not been timely made.  Plaintiff may only record the notice regarding the default and filing of the judgment if Defendant fails to make any payment due and owing within two (2) days from delivery of a Notice of Failure to pay sent to counsel for Defendant by e-mail or facsimile.

**SINGLETON LAW GROUP**

Dated:    November 24, 2009      /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**KIMBERLY BLOCK**

**HELLER & HIBBERT, LLP**

Dated:    November 24, 2009      /s/ Paige Hibbert
Paige Hibbert, Attorney for Defendant
**QUICK SHOP MARKET, INC.**

IT IS SO ORDERED:

Dated:  December 8, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com